IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| Sharon R. Krueger, | ) |
|           Plaintiff, | ) Case No. 3:12-cv-57 |
| vs. | ) **ORDER ADOPTING** |
| | ) **REPORT AND RECOMMENDATION** |
| Social Security Administration | ) |
| Commissioner, Michael J. Astrue, | ) |
|           Defendant. | ) |

The Court has received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, recommending that plaintiff Sharon R. Krueger's motion for summary judgment be denied, that the summary judgment motion filed by Michael J. Astrue, Social Security Administration Commissioner, be granted, and that the decision of the Commissioner denying disability benefits be affirmed. Neither party has objected to the Report and Recommendation.

The Court has reviewed the Report and Recommendation, along with the entire record in this matter, and concludes that the Magistrate Judge's position is correct. The Court adopts the Report and Recommendation in its entirety and **ORDERS** that the defendant's motion for summary judgment is **GRANTED**, and therefore the plaintiff's motion for summary judgment is **DENIED**. The Commissioner's decision is **AFFIRMED** and judgment should be entered accordingly.

    **IT IS SO ORDERED.**

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 29th day of July, 2013

        /s/   Ralph R. Erickson
Ralph R. Erickson, District Judge
United States District Court